# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| SEGUNDO NAVARRO DRILLING, LTD., | No.: 5:23-cv-00101 |
| *Plaintiff*, | JURY DEMANDED |
| *v.* | |
| SAN ROMAN RANCH MINERAL PARTNERS, LTD., | |
| *Defendant.* | |

## PLAINTIFFS' ORIGINAL COMPLAINT

Plaintiff Segundo Navarro Drilling, Ltd. respectfully submits this Original Complaint.

## PARTIES, FEDERAL QUESTION JURISDICTION, AND VENUE

1.    Plaintiff Segundo Navarro Drilling, Ltd. ("SND") is a Texas limited partnership.

2.    Defendant San Roman Ranch Mineral Partners, Ltd. ("San Roman") is a Texas limited partnership, which may be served through its registered agent,

John L. Chilton, at 5635 Yolanda Circle, Dallas, Texas 75229, or wherever it may be found and served.

**3.**     This Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331 and the Defend Trade Secrets Act, 18 U.S.C. §§ 1832, 1836.

**4.**     Venue is proper in the United States District Court for the Southern District of Texas, Laredo Division, because a substantial part of the events or omissions giving rise to SND's claims occurred in Webb County, Texas, and pursuant to an agreement of the parties for exclusive venue for federal claims in the United States District Court for the Southern District of Texas, Laredo Division.

## FACTS

**5.**     SND is an oil and gas company operating throughout South Texas. San Roman is a mineral owner.

**6.**     San Roman's minerals were leased to SND through three oil and gas leases dated March 25, 2008, covering approximately 15,000 mineral acres in Webb County, Texas (the "Leases"). Paragraph 16.2 of each Lease contains an identical provision that states, in relevant part, as follows:

> During the term of this Lease, Lessee shall have the right to conduct a 3D seismic survey across the Leased Premises then held by this Lease. Lessee shall provide Lessor with a copy of such seismic data, including digital tapes, reproducible mylar seismic sections, if

applicable, and appropriate shot maps for all data
recorded on this Lease ... **Lessee shall own such seismic
data.** [Emphasis added.]

7.      In 2010 and 2011, Dawson Geophysical Company acquired seismic data across San Roman's Leases, and other surrounding lands, at SND's request.

8.      The seismic data was acquired by Dawson in two surveys known as the South Hawk and BLT surveys (the "Dawson Data"). Through the Leases and the relevant agreements with Dawson, SND owned the Dawson Data. San Roman did not own the Dawson Data, and San Roman has never independently purchased the Dawson Data.

9.      The Leases require that SND provide San Roman with a copy of the Dawson Data, which SND did. Paragraph 16.2 restricts the use and disclosure of seismic data acquired under the Lease, including the Dawson Data. Specifically, San Roman and SND are not permitted to share such data except with specific categories of parties, and only Lewis can sell the data.

10.     Seismic data is generally used by oil and gas lessees, like SND, to target and extract hydrocarbons. Seismic data is critical to the modern process of oil and gas exploration—including for purposes of horizontal drilling, which is commonly employed in South Texas including on the San Roman tracts. The Dawson Data is

no different and was used in SND's exploration of the San Roman tracts and the drilling of wells there.

11.     The acquisition of seismic data is expensive and, for this reason, is not ordinarily performed by mineral owners. Instead, lessees like SND bear the cost of seismic acquisition and, therefore, typically own the resulting seismic data. The Dawson Data was acquired under these circumstances, at substantial expense, and with the Leases and agreements with Dawson all recognizing SND's ownership of the Dawson Data. The Leases and the agreements with Dawson each place restrictions on the use and disclosure of the Dawson Data, evidencing SND's measures to keep the Dawson Data secret. SND guards its seismic data closely and, if the seismic data is revealed to competitors, there will be harm to SND.

12.     Between 2019 and the present, and unbeknownst to SND until only recently, San Roman has licensed the Dawson Data at least four times in exchange for significant payments. The licensees are competitors of SND in oil and gas exploration in South Texas. After licensing, the licensees were provided with copies of the Dawson Data. The licensing of the Dawson Data constituted a breach of San Roman's obligations under the Leases and a violation of the Defend Trade Secrets Act.

13.    San Roman's conduct was willful and malicious and conducted in conscious disregard of SND's rights under the Leases and at law. San Roman knew that the Dawson Data was to be protected and not licensed. It knew that the Dawson Data could not be used or disclosed except as allowed by the Leases. SND has been injured as a result of San Roman's conduct.

## COUNT ONE: BREACH OF CONTRACT

14.    SND and San Roman were parties to contracts, being the Leases.

15.    The Dawson Data could only be used or disclosed within the parameters of the Leases. The Dawson Data could not be licensed or sold as San Roman did between 2019 and the present.

16.    SND has complied with its obligations under the Leases.

17.    By licensing the Dawson Data to competitors of SND and subsequently providing the licensees with copies of the Dawson Data, San Roman violated the Leases. SND has been injured as a result of San Roman's conduct and has suffered and will continue to suffer damages. San Roman has been unjustly enriched by its conduct.

## COUNT TWO: VIOLATION OF THE
## DEFEND TRADE SECRETS ACT

18.    SND owned valuable trade secrets in the Dawson Data. The Dawson Data derived independent economic value, both actual and potential, to SND from not being generally known to, and not being readily ascertainable through proper means by, SND's competitors and other participants in the oil and gas industry. SND took reasonable measures to keep the Dawson Data secret from its competitors.

19.    San Roman misappropriated the Dawson Data within the meaning of the Defend Trade Secrets Act when it licensed, monetized, and disclosed the Dawson Data to SND's competitors, all without SND's consent. San Roman obtained the Dawson Data under circumstances giving rise to a duty that San Roman keep the Dawson Data secret or limit its use. San Roman obtained the Dawson Data under improper means by breaching its duty to maintain the secrecy of the Dawson Data. San Roman has made no attempt to retrieve the Dawson Data or disgorge itself of the profits from the licensing of the Dawson Data.

20.    SND was harmed by San Roman's misappropriation of SND's trade secrets in the Dawson Data. SND has been injured as a result of San Roman's

conduct and has suffered and will continue to suffer damages. San Roman has been unjustly enriched by its conduct.

## ATTORNEY'S FEES

**21.**    SND is entitled to and seeks an award of its attorney's fees under Chapter 38 of Texas Civil Practice and Remedies Code. Because San Roman's misappropriation of trade secrets was willful and malicious, SND is entitled to and seeks an award of its attorney's fees under the Defend Trade Secrets Act.

## EXEMPLARY DAMAGES

**22.**    Due to San Roman's willful and malicious misappropriation, SND is entitled to and seeks an award of exemplary damages under the Defend Trade Secrets Act.

## PRAYER

SND respectfully requests that San Roman be summoned to appear and, upon trial of this cause, that SND be awarded the following:

- actual damages;
- exemplary damages;
- pre- and post-judgment interest;
- reasonable and necessary attorney's fees; and
- all other and further relief to which it may be entitled.

DATED: September 13, 2023

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: _____

**THOMAS G. CIARLONE, JR.**
TEXAS BAR NO. 24075649
E-MAIL | *tciarlone@krcl.com*
**DEMETRI J. ECONOMOU**
TEXAS BAR NO. 24078461
E-MAIL | *deconomou@krcl.com*

MAIN | 713 425.7400
DIRECT | 713 425.7428
FACSIMILE | 713 425.7700

Sage Plaza
5151 San Felipe, Suite 800
Houston, Texas 77056

***Attorneys for Plaintiff***
***Segundo Navarro Drilling, Ltd.***